MAYER, BROWN, ROWE & MAW LLP
EDWARD D. JOHNSON (SBN 189475)
SHIRISH GUPTA (SBN 205584)
Two Palo Alto Square, Suite 300
Palo Alto, CA 94306-2112
Telephone: (650) 331-2000
Facsimile: (650) 331-4557
wjohnson@mayerbrownrowe.com

MAYER, BROWN, ROWE & MAW LLP
RICHARD J. FAVRETTO
1909 K Street, N.W.
Washington, D.C. 20006
Telephone: (202) 263-3000
Facsimile: (202) 263-3300
rfavretto@mayerbrownrowe.com

Attorneys for Defendants
UNITED AIR LINES, INC. and
UAL CORP.

Additional Counsel Appear on Signature Page

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIN L. DAVIS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BRITISH AIRWAYS PLC, VIRGIN ATLANTIC AIRWAYS, LTD., AMR CORP., AMERICAN AIRLINES, INC., UAL CORP., and UNITED AIR LINES, INC.,<br><br>Defendants. | CASE NO. CV 06-04681-JSW<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT** |

Pursuant to Local Rule 6-1, Plaintiff Erin L. Davis and Defendants British Airways Plc, Virgin Atlantic Airways Ltd., AMR Corp., American Airlines, Inc., UAL Corp., and United Air Lines, Inc. respectfully request that this Court enter an order extending the time in which Defendants must answer or otherwise respond to

-1-

STIPULATION AND [PROPOSED] ORDER TO EXTEND
TIME TO RESPOND TO COMPLAINT - CASE NO. 06-04681-JSW

1  this matter until the later of (1) the date when the Defendant would otherwise be
2  required to file a response pursuant to Federal Rule of Civil Procedure 12, or (2) 45
3  days after the JPML rules on a motion pending in *In re International Air*
4  *Transportation Surcharge Antitrust Litigation* (MDL No. 1793) and a consolidated
5  complaint is filed by all Plaintiffs in the single transferee Court and served on the
6  Defendant. Plaintiff Erin L. Davis has consented to the requested extension. In
7  support of this stipulation, the parties state:
8      1. The Complaint in this matter was filed on August 1, 2006. It seeks
9  relief under the Sherman Act and the Clayton Act against six defendants on behalf of
10 a putative class.
11     2. Nearly 81 similar actions have been filed in various jurisdictions around
12 the country.
13     3. There is a motion pending before the Judicial Panel on Multidistrict
14 Litigation ("JPML") to consolidate and transfer actions like this one to a single
15 venue. The JPML is considering this motion to consolidate in a matter captioned *In*
16 *re Passenger Air Transportation Surcharge Antitrust Litigation*, MDL No. 1793.
17     4. The parties have agreed that this stipulation does not constitute a waiver
18 of any defenses, including but not limited to, the defenses of lack of personal
19 jurisdiction, lack of subject matter jurisdiction, or improper venue. The Defendants
20 expressly reserve their right to raise all defenses in response to either the current
21 complaint or any consolidated amended complaint that may subsequently be filed
22 relating to this action.
23     THEREFORE, the parties request that this Court order that the time in which
24 Defendants must answer or otherwise respond to this matter is the later of (1) the
25 date when the Defendant would otherwise be required to file a response pursuant to
26 Federal Rule of Civil Procedure 12, or (2) 45 days after the JPML rules on a motion
27 pending in *In re Passenger Air Transportation Surcharge Antitrust Litigation* (MDL
28

STIPULATION AND [PROPOSED] ORDER TO EXTEND
TIME TO RESPOND TO COMPLAINT - CASE NO. 06-04681-JSW

No. 1793), and a consolidated complaint is filed by Plaintiffs in the single transferee Court and served on the Defendant.

Respectfully submitted,

Dated:  August 4, 2006          THE FURTH FIRM, LLP

/s/
Michael P. Lehmann (SBN 77152)
Jon T. King (SBN 205073)
225 Bush Street, 15th Floor
San Francisco, CA  94104-4249
T:  (415) 433-2070
F:  (415) 982-2076

Dated:  August 4, 2006          MAYER, BROWN, ROWE & MAW LLP

/s/
Edward D. Johnson (SBN 189475)
Two Palo Alto Square, Suite. 300
3000 El Camino Real
Palo Alto, CA  94306
T:  (650) 331-2000
F:  (650) 331-4537

Richard J. Favretto
MAYER, BROWN, ROWE & MAW LLP
1909 K Street, NW
Washington, DC  20006

*Attorneys for Defendants United Air Lines, Inc. and UAL Corporation*

| | | |
|---|---|---|
| 1 | Dated: August 4, 2006 | SULLIVAN & CROMWELL LLP |

/s/
Brendan P. Cullen (SBN 194057)
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, CA  94303
T:  (650) 461-5600
F:  (650) 461-5700

Daryl A. Libow
SULLIVAN & CROMWELL LLP
1701 Pennsylvania Avenue, NW
Washington, DC  20006
T:  (202) 956-7500
F:  (202) 293-6330

*Attorneys for Defendant British Airways Plc*

Dated: August 4, 2006                SIMPSON THACHER & BARTLETT LLP

/s/
Charles E. Koob (SBN 47349)
Harrison J. Frahn (SBN 206822)
SIMPSON THACHER & BARTLETT LLP
2550 Hanover Street
Palo Alto, CA  94304
T:  (650) 251-5000
F:  (650) 251-5002

*Attorneys for Defendant Virgin Atlantic Airways Limited*

-4-

STIPULATION AND [PROPOSED] ORDER TO EXTEND
TIME TO RESPOND TO COMPLAINT - CASE NO. 06-04681-JSW

| | |
|---|---|
| Dated: August 4, 2006 | WEIL, GOTSHAL & MANGES LLP |
| | /s/ |
| | Gayle E. Rosenstein (SBN 237975) |
| | WEIL, GOTSHAL & MANGES LLP |
| | Silicon Valley Office |
| | 201 Redwood Shores Parkway |
| | Redwood Shores, CA  94065 |
| | T:  (650) 802-3000 |
| | F:  (650) 802-3100 |
| | *Attorneys for Defendants AMR Corporation and American Airlines, Inc.* |

PURSUANT TO STIPULATION,
IT IS SO ORDERED:

Dated: August 7, 2006

_____
Honorable Jeffrey S. White

-5-

STIPULATION AND [PROPOSED] ORDER TO EXTEND
TIME TO RESPOND TO COMPLAINT - CASE NO. 06-04681-JSW

1  Gayle E. Rosenstein
2  WEIL, GOTSHAL & MANGES LLP
   Silicon Valley Office
3  201 Redwood Shores Parkway
4  Redwood Shores, California 94065

5

6   I declare under penalty of perjury under the laws of the United States of
7  America that the above is true and correct.

   Executed on August 4, 2006, at Palo Alto, California.
8
9                                            /s/
                                            Jessica F. Davis

-7-

STIPULATION AND [PROPOSED] ORDER TO EXTEND
TIME TO RESPOND TO COMPLAINT - CASE NO. 06-04681-JSW