MAYER, BROWN, ROWE & MAW LLP
EDWARD D. JOHNSON (SBN 189475)
SHIRISH GUPTA (SBN 205584)
Two Palo Alto Square, Suite 300
Palo Alto, CA  94306-2112
Telephone: (650) 331-2000
Facsimile: (650) 331-4557
wjohnson@mayerbrownrowe.com

MAYER, BROWN, ROWE & MAW LLP
RICHARD J. FAVRETTO
1909 K Street, N.W.
Washington, D.C. 20006
Telephone: (202) 263-3000
Facsimile: (202) 263-3300
rfavretto@mayerbrownrowe.com

Attorneys for Defendants
UNITED AIR LINES, INC. and
UAL CORP.

Additional Counsel Appear on Signature Page

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIN L. DAVIS, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> BRITISH AIRWAYS PLC, VIRGIN ATLANTIC AIRWAYS, LTD., AMR CORP., AMERICAN AIRLINES, INC., UAL CORP., and UNITED AIR LINES, INC., <br><br> Defendants. | CASE NO. CV 06-04681-JSW <br><br> **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT** |

Pursuant to Local Rule 6-1, Plaintiff Erin L. Davis and Defendants British

Airways Plc, Virgin Atlantic Airways Ltd., AMR Corp., American Airlines, Inc.,

UAL Corp., and United Air Lines, Inc. respectfully request that this Court enter an

order extending the time in which Defendants must answer or otherwise respond to

1   this matter until the later of (1) the date when the Defendant would otherwise be

2   required to file a response pursuant to Federal Rule of Civil Procedure 12, or (2) 45

3   days after the JPML rules on a motion pending in *In re International Air*

4   *Transportation Surcharge Antitrust Litigation* (MDL No. 1793) and a consolidated

5   complaint is filed by all Plaintiffs in the single transferee Court and served on the

6   Defendant.  Plaintiff Erin L. Davis has consented to the requested extension.  In

7   support of this stipulation, the parties state:

8        1.     The Complaint in this matter was filed on August 1, 2006.  It seeks

9   relief under the Sherman Act and the Clayton Act against six defendants on behalf of

10   a putative class.

11        2.     Nearly 81 similar actions have been filed in various jurisdictions around

12   the country.

13        3.     There is a motion pending before the Judicial Panel on Multidistrict

14   Litigation ("JPML") to consolidate and transfer actions like this one to a single

15   venue.  The JPML is considering this motion to consolidate in a matter captioned *In*

16   *re Passenger Air Transportation Surcharge Antitrust Litigation*, MDL No. 1793.

17        4.     The parties have agreed that this stipulation does not constitute a waiver

18   of any defenses, including but not limited to, the defenses of lack of personal

19   jurisdiction, lack of subject matter jurisdiction, or improper venue.  The Defendants

20   expressly reserve their right to raise all defenses in response to either the current

21   complaint or any consolidated amended complaint that may subsequently be filed

22   relating to this action.

23        THEREFORE, the parties request that this Court order that the time in which

24   Defendants must answer or otherwise respond to this matter is the later of (1) the

25   date when the Defendant would otherwise be required to file a response pursuant to

26   Federal Rule of Civil Procedure 12, or (2) 45 days after the JPML rules on a motion

27   pending in *In re Passenger Air Transportation Surcharge Antitrust Litigation* (MDL

28

-2-

1   No. 1793), and a consolidated complaint is filed by Plaintiffs in the single transferee

2   Court and served on the Defendant.

3

4          Respectfully submitted,

5

6   Dated:  August 4, 2006          THE FURTH FIRM, LLP

7

8                                   /s/_____
                                    Michael P. Lehmann (SBN 77152)
9                                   Jon T. King (SBN 205073)
                                    225 Bush Street, 15th Floor
10                                  San Francisco, CA  94104-4249
11                                  T:  (415) 433-2070
                                    F:  (415) 982-2076
12

13  Dated:  August 4, 2006          MAYER, BROWN, ROWE & MAW LLP

14

15                                  /s/_____
                                    Edward D. Johnson (SBN 189475)
16                                  Two Palo Alto Square, Suite. 300
17                                  3000 El Camino Real
                                    Palo Alto, CA  94306
18                                  T:  (650) 331-2000
19                                  F:  (650) 331-4537

20                                  Richard J. Favretto
21                                  MAYER, BROWN, ROWE & MAW LLP
                                    1909 K Street, NW
22                                  Washington, DC  20006

23
                                    *Attorneys for Defendants United Air Lines,*
24                                  *Inc. and UAL Corporation*

25

26

27

28
                                    -3-

Dated:  August 4, 2006              SULLIVAN & CROMWELL LLP


                                    /s/
                                    _____
                                    Brendan P. Cullen (SBN 194057)
                                    SULLIVAN & CROMWELL LLP
                                    1870 Embarcadero Road
                                    Palo Alto, CA  94303
                                    T:  (650) 461-5600
                                    F:  (650) 461-5700

                                    Daryl A. Libow
                                    SULLIVAN & CROMWELL LLP
                                    1701 Pennsylvania Avenue, NW
                                    Washington, DC  20006
                                    T:  (202) 956-7500
                                    F:  (202) 293-6330

                                    *Attorneys for Defendant British Airways Plc*


Dated:  August 4, 2006              SIMPSON THACHER & BARTLETT LLP


                                    /s/
                                    _____
                                    Charles E. Koob (SBN 47349)
                                    Harrison J. Frahn (SBN 206822)
                                    SIMPSON THACHER & BARTLETT LLP
                                    2550 Hanover Street
                                    Palo Alto, CA  94304
                                    T:  (650) 251-5000
                                    F:  (650) 251-5002

                                    *Attorneys for Defendant Virgin Atlantic
                                    Airways Limited*

-4-

Dated:  August 4, 2006            WEIL, GOTSHAL & MANGES LLP


                                  /s/_____
                                  Gayle E. Rosenstein (SBN 237975)
                                  WEIL, GOTSHAL & MANGES LLP
                                  Silicon Valley Office
                                  201 Redwood Shores Parkway
                                  Redwood Shores, CA  94065
                                  T:  (650) 802-3000
                                  F:  (650) 802-3100

                                  *Attorneys for Defendants AMR Corporation
                                  and American Airlines, Inc.*


PURSUANT TO STIPULATION,
IT IS SO ORDERED:

Dated: August 7, 2006

_____
Honorable Jeffrey S. White

1  Gayle E. Rosenstein
2  WEIL, GOTSHAL & MANGES LLP
   Silicon Valley Office
3  201 Redwood Shores Parkway
4  Redwood Shores, California 94065

5

6       I declare under penalty of perjury under the laws of the United States of
7  America that the above is true and correct.
8       Executed on August 4, 2006, at Palo Alto, California.

9                                    /s/_____
                                       Jessica F. Davis
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                        -7-